USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/25/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

COMAIR LIMITED (IN BUSINESS RESCUE),

Debtor in a Foreign Proceeding.

---

THE BOEING COMPANY,

                    Appellant,

v.

RICHARD A. FERGUSON, IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF COMAIR LIMITED (IN BUSINESS RESCUE),

                    Appellee.

Case No. 21-cv-10146 (AT)
(Bankruptcy Appeal)

Bankruptcy Case: 21-bk-10298

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO ACCEPT DOCUMENT UNDER SEAL INTO APPELLATE RECORD**

Upon the *Appellant's Unopposed Motion to Accept Document under Seal Into Appellate Record* (the "Motion"), for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted;

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the appellate record, as designated by the Appellant, which were received by the Bankruptcy Court under seal (the "Sealed Material");

3. This Court will accept, under seal, the Sealed Material, and the Sealed Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials; and

4. Upon entry, the Appellant shall give notice of this Order to counsel for the Appellee.

SO ORDERED.

Dated: January 25, 2022
New York, New York

ANALISA TORRES
United States District Judge