UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Comair Limited (In Business Rescue),

                    Debtors.

THE BOEING COMPANY,

                    Appellant,

- against -

RICHARD A. FERGUSON, IN HIS CAPACITY
AS FOREIGN REPRESENTATIVE OF COMAIR
LIMITED (IN BUSINESS RESCUE),

                    Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/12/2022_

21 Civ. 10146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 14, 2022, Appellee filed a letter informing the Court that a notice of substantial change was filed in the bankruptcy docket. ECF No. 27. By **August 19, 2022**, the parties shall file a joint letter stating their positions on how the notice impacts the pending motion before the Court and updating the Court on any other developments in the bankruptcy action and their implications for the motion before the Court.

SO ORDERED.

Dated: August 12, 2022
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge