UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Comair Limited (In Business Rescue),

           Debtors.

THE BOEING COMPANY,

           Appellant,

- against -

RICHARD A. FERGUSON, IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF COMAIR LIMITED (IN BUSINESS RESCUE),

           Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2022_

21 Civ. 10146 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated December 20, 2022. ECF No. 37. The parties state that the bankruptcy court "intend[s] to rule on the [Joint Provisional Liquidators'] motion to substitute by the end of the year or by early to mid January." *Id.* Within five days of the bankruptcy court's decision, the parties shall file a joint letter stating their positions on the decision's implications for the motion before the Court.

    SO ORDERED.

Dated: December 20, 2022
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge