**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

In re Comair Limited (In Business Rescue),

                Debtors.

THE BOEING COMPANY,

                Appellant,                21 CIVIL 10146 (AT)

-against-                **JUDGMENT**

RICHARD A. FERGUSON, IN HIS CAPACITY
AS FOREIGN REPRESENTATIVE OF COMAIR
LIMITED (IN BUSINESS RESCUE),

                Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2023, Boeing's motion for leave to appeal is DENIED, and this action is DISMISSED for lack of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
         January 12, 2023

                                            **RUBY J. KRAJICK**

                                                  Clerk of Court

                     **BY:**        *K. Mango*

                                                  **Deputy Clerk**